BARCLAY BALL, as Assignee of SWIFT CANADIAN COM-
PANY, LIMITED, Appellant, *v.* CANADIAN PACIFIC
STEAMSHIPS, LTD., Respondent.

Argued December 7, 1937; decided January 4, 1938.

*Emanuel Thebner* and *Lester Weil* for appellant.

*Charles R. Hickox* and *Clement C. Rinehart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.